# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JASON T. SHORTES,**

    **Plaintiffs,**

**v.**                                           **Case No:   6:16-cv-539-Orl-41DAB**

**JOHN MOXLEY, JR. , BREVARD COUNTY STATE ATTORNEY'S OFFICE, BREVARD COUNTY SHERIFF'S DEPARTMENT, BREVARD COUNTY CLERK OF COURT, BREVARD COUNTY, COCOA FLORIDA POLICE DEPARTMENT, CITY OF COCOA, FLORIDA, FLORIDA ATTORNEY GENERAL OFFICE, DANIEL A. JONES, JOSEPH RYAN BACHAND, BACHAND & BACHAND, P.A., BRADLEY A. BERNKRANT and DUANE KUCHARCZYK,**

    **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause comes before the Court for a second time, on review of *pro* se Plaintiff's 159-page Amended Complaint, in which he alleges one hundred twenty-eight counts related to disputes with state law enforcement over his activities for BestRateDirect.com, Inc.   Doc. 11.

As the Court pointed out previously (Doc. 4) in an Order to Show Cause, Plaintiff Shortes has failed to file a "short and plain" statement showing his entitlement to relief.  Plaintiff previously filed a 263-page incomprehensible Complaint, citing the laws of several states including New York, Texas, and California[1], the federal Hobbs Act, the Civil Rights Act (42 U.S.C. § 1983 and 1985), and the United States Constitution, the Commerce Clause, Due Process

---

1 Plaintiff also alleges he is entitled to unspecified "whistleblower protection."

Clause, and the Equal Protection Clause. Doc. 1. In the Amended Complaint, Plaintiff continues to complain of the way several cases are being handled by various law enforcement entities–the Brevard County Sheriff's Department, Cocoa Florida Police Department, Brevard County State Attorney's Office, Florida Attorney General Office—his attorney, and rulings by a state court Judge John Moxley, Jr. and the Brevard County Clerk's office. On April 14, 2016, the Court issued an Order requiring Plaintiff to file an amended complaint setting forth a "short and plain" statement showing his entitlement to relief. Doc. 4.

Because the federal District Court generally does not have jurisdiction to review active cases in process in state court and/or reverse rulings that have been made in the state cases, and the allegations in Plaintiff's Complaint were confusing and cite no supporting facts or basis for the Counts alleged, the Court ordered Plaintiff to file an amended complaint which met the minimal pleading standards set forth in the Federal Rules of Civil Procedure 8(a), 8(d), and 10(b). Doc. 4.

It is **respectfully RECOMMENDED** that the case be **DISMISSED** because the Amended Complaint fails to remedy the issues noted in the Court's previous Order. Doc. 4. The Amended Complaint still fails to state facts that would allow his claims to be understood. It is further **RECOMMENDED** that all pending motions (Docket Entries 9, 10, 19, 20, 21, 22, 23, 29, and 30) be **DENIED as moot**.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on May 9, 2016.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy