UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JASON T. SHORTES,**

      **Plaintiff,**

v.                                    Case No:  6:16-cv-539-Orl-41DAB

**JOHN MOXLEY, JR. , BREVARD COUNTY STATE ATTORNEY'S OFFICE, BREVARD COUNTY SHERIFF'S DEPARTMENT, BREVARD COUNTY CLERK OF COURT, BREVARD COUNTY, COCOA FLORIDA POLICE DEPARTMENT, CITY OF COCOA, FLORIDA, FLORIDA ATTORNEY GENERAL OFFICE, DANIEL A. JONES, JOSEPH RYAN BACHAND, BACHAND & BACHAND, P.A., BRADLEY A. BERNKRANT and DUANE KUCHARCZYK,**

      **Defendants.**
_____/

**ORDER**

      THIS CAUSE is before the Court on the Report and Recommendation (the "R&R," Doc. 31), through which United States Magistrate Judge David A. Baker recommends that this case be dismissed because the Amended Complaint (Doc. 11) fails to comply with Federal Rules of Civil Procedure 8 and 10(b), despite prior instructions to cure such deficiencies, (*see* Order to Show Cause, Doc. 4). In response, Plaintiff filed what appears to be an objection, (*see* Doc. 81).

      To begin, Plaintiff's objections are incoherent and general. Such objections do not trigger *de novo* review. *See Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988) ("Parties filing objections to a magistrate's report and recommendation must specifically identify those findings

objected to. Frivolous, conclusive, or general objections need not be considered by the district court."). In any event, the Court has reviewed the Amended Complaint; it is also incoherent and, therefore, fails to comply with Rules 8 and 10. *See Weiland v. Palm Beach Cty. Sheriff's Office*, 792 F.3d 1313, 1320–23 (11th Cir. 2015). Because Plaintiff was previously instructed to amend his pleading and, upon doing so, has fallen woefully short, additional leave will not be given. *See Marantes v. Miami-Dade Cty.*, —F. App'x—, No. 15-13333, 2016 WL 1696838, at *8 (11th Cir. Apr. 28, 2016) ("[O]ur case law does not require a district court to give a *pro se* litigant *multiple* opportunities to amend." (emphasis added)).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. This case is **DISMISSED**.
3. All pending motions are **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on June 15, 2016.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party